Matter of Calarco v City of Syracuse (2025 NY Slip Op 07209)

Matter of Calarco v City of Syracuse

2025 NY Slip Op 07209

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND HANNAH, JJ.

1016 CA 25-00581

[*1]IN THE MATTER OF ROSS CALARCO, PETITIONER-APPELLANT,
vCITY OF SYRACUSE, RESPONDENT-RESPONDENT. 

ROSS CALARCO, PETITIONER-APPELLANT PRO SE.
SUSAN R. KATZOFF, CORPORATION COUNSEL, SYRACUSE (DANIELLE R. SMITH OF COUNSEL), FOR RESPONDENT-RESPONDENT.

 Appeal from an order of the Supreme Court, Onondaga County (Rory A. McMahon, J.), entered November 26, 2024. The order, inter alia, dismissed the petition. 
Now, upon reading and filing the stipulation of discontinuance signed by petitioner-appellant and the attorney for respondent-respondent on September 25, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court